JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>REGENT TRAVEL & TOURS LLC, a Hawaii limited liability company; KEVIN TRAN, an individual,<br><br>Defendant. | Case No. 8:23-cv-02347-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the "In Chambers Order to Show Cause [ECF No. 13]" entered on or about June 11, 2024, and in accordance with Rules 41(b) of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 5, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE